IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

VICTOR LEE     PLAINTIFF

v.     No. 4:20-cv-1473-DPM

TYRONE WATSON and
S&S FIRESTONE, INC.     DEFENDANTS

## JUDGMENT

Lee's complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 June 2022